1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  DAVID HANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID KENNETH HANSEN, <br><br> Defendant. | Case No.: 2:20-cr-021 TLN <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: May 14, 2020 <br> Time: 9:30 a.m. <br> Court: Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant David Hansen, stipulate as follows:

1. This matter is presently set for an initial status conference on March 19, 2020. By this stipulation, Defendant Hansen moves to continue the status conference to May 14, 2020.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves drug trafficking and firearm charges stemming from execution of search warrants in Sacramento and Placer Counties. Defendant appeared for arraignment on the charges contained in the Indictment on January 24, 2020.

3. The government has provided defense counsel with initial discovery consisting of written offense reports and audio recordings. Defense counsel is reviewing these materials with Mr. Hansen and conducting investigation into potential defenses. The defense therefore requests additional time to conduct its discovery review and investigation.

4. Given the ongoing defense investigation, Defendant Hansen requests to continue the status conference in this matter to May 14, 2020, at 9:30 a.m., and to exclude time between March 19, 2020 and May 14, 2020, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hansen the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Hansen requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 19, 2020 to May 14, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and

ORDER CONTINUING STATUS
CONFERENCE

| | |
|---|---|
| 1 | (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court |
| 2 | at Defendant Hansen's request on the basis that the ends of justice served by taking |
| 3 | such action outweigh the best interest of the public and the Defendant in a speedy |
| 4 | trial. |

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: March 17, 2020

By  */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED: March 17, 2020

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
DAVID HANSEN

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 19, 2020, is vacated. A new status conference is scheduled for May 14, 2020, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Hansen's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 19, 2020, up to and including May 14, 2020.

IT IS SO ORDERED.

DATED: March 17, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE