LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAVID HANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID KENNETH HANSEN,<br><br>　　　　Defendant. | Case No.: 2:20-cr-021 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　July 16, 2020<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　　Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant David Hansen, stipulate as follows:

　　1. This matter is presently set for a status conference on July 16, 2020. By this stipulation, Defendant Hansen moves to continue the status conference to August 27, 2020.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves drug trafficking and firearm charges stemming from execution of search warrants in Sacramento and Placer Counties. Defendant appeared for arraignment on the charges contained in the Indictment on January 24, 2020. The parties set an initial status conference for March 19, 2020. They later requested a continuance of the initial status conference by stipulation to May 14, 2020. During the intervening approximate two-month period national events related to the spread of COVID-19 occurred.

3. Federal and state authorities issued increasingly restrictive directives to slow the spread of the virus. These restrictions hampered the ability to conduct defense investigation as to potential defenses in this matter. Defendant Hansen therefore requests to continue this matter to August 27, 2020.

4. Defendant Hansen is being held in pre-trial detention at the Sacramento County Main Jail. On March 18, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 612, restricting access to the federal courthouses within the Eastern District of California until May 1, 2020. On April 17, 2020, the Court issued General Order 617 to extend the courthouse restrictions until June 1, 2020. General Order 618, issued on May 13, 2020, extended the courthouse restrictions indefinitely until further notice.

5. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions.

6. Defense counsel, heeding the Governor's order, suspended in-person visits to the

ORDER CONTINUING STATUS CONFERENCE

Sacramento County Jail between March 19 and May 26, 2020.  A gradual easing of restrictions occurred after the Memorial Day holiday, but a recent spike in COVID-19 cases in Sacramento County prompted additional restrictions to be imposed in early July 2020.

7. The government has provided defense counsel with initial discovery consisting of written offense reports and audio recordings.  Defense counsel is reviewing these materials with Mr. Hansen via confidential telephone calls and occasional in-person visits at times when social visits are not conducted at the Sacramento County Jail.  The defense therefore requests additional time to perform its discovery review and investigation.

8. Given the ongoing defense investigation, Defendant Hansen requests to continue the status conference in this matter to August 27, 2020, at 9:30 a.m., and to exclude time between July 16, 2020 and August 27, 2020, inclusive, under Local Code T-4.  The United States does not oppose this request.

9. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hansen the reasonable time necessary for effective preparation, considering the exercise of due diligence.

10. Based on the above-stated facts, Defendant Hansen requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

11. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

ORDER CONTINUING STATUS CONFERENCE

*seq.*, within which trial must commence, the time period of July 16, 2020 to August 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Hansen's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  July 13, 2020         MCGREGOR W. SCOTT
                              United States Attorney

                              By     */s/ Todd D. Leras for*
                                     JAMES CONOLLY
                                     Assistant United States Attorney

DATED:  July 13, 2020

                              By     */s/ Todd D. Leras*
                                     TODD D. LERAS
                                     Attorney for Defendant
                                     DAVID HANSEN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for July 16, 2020, is vacated. A new status conference is scheduled for August 27, 2020, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Hansen's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 16, 2020, up to and including August 27, 2020.

IT IS SO ORDERED.

DATED: July 14, 2020

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE