1 | LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
2 | 455 Capitol Mall, Suite 802
3 | Sacramento, California 95814
(916) 504-3933
4 | toddleras@gmail.com
Attorney for Defendant
5 | DAVID HANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-021 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| DAVID KENNETH HANSEN, | |
| Defendant. | Date:  January 14, 2021<br>Time:  9:30 a.m.<br>Court: Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant David Hansen, stipulate as follows:

1. This matter is presently set for a status conference on January 14, 2021. By this stipulation, Defendant Hansen moves to continue the status conference to April 22, 2021.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves drug trafficking and firearm charges stemming from execution of search warrants in Sacramento and Placer Counties.  Defendant appeared for arraignment on the charges contained in the Indictment on January 24, 2020.  During the period following the arraignment a series of national events related to the spread of COVID-19 occurred.

3. Federal and state authorities issued increasingly restrictive directives to slow the spread of the virus during most of the time since the arraignment hearing.  These restrictions hampered the ability to conduct defense investigation as to potential defenses in this matter.  Defendant Hansen therefore requests to continue this matter to April 22, 2021.

4. Defendant Hansen is being held in pre-trial detention at the Sacramento County Main Jail.  The Chief Judge for the Eastern District of California has issued a series of orders, including General Orders 612, 617, 618, 620, and 624 restricting access to the federal courthouses within the district since March 18, 2020.  General Order 628, issued on January 4, 2021, extended the courthouse restrictions for 90-days from the issuance date.

5. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions.  These restrictions gradually eased but have recently increased due to a current surge in COVID-19 infections.  The tightening of restrictions currently includes the Sacramento region.

6. The government has provided defense counsel with initial discovery consisting of

ORDER CONTINUING STATUS
CONFERENCE

written offense reports and audio recordings.  Defense counsel is reviewing these materials with Mr. Hansen via occasional in-person visits at the Sacramento County Jail.   Recent infections within the Sacramento County Main Jail have impeded in-person meetings.  The defense therefore requests additional time to perform its discovery review and investigation.

7. Given the ongoing defense investigation, Defendant Hansen requests to continue the status conference in this matter to April 22, 2021, at 9:30 a.m., and to exclude time between January 14, 2021 and April 22, 2021, inclusive, under Local Code T-4.  The United States does not oppose this request.

8. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hansen the reasonable time necessary for effective preparation, considering the exercise of due diligence.

9. Based on the above-stated facts, Defendant Hansen requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of January 14, 2021 to April 22, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Hansen's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy

ORDER CONTINUING STATUS CONFERENCE

trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: January 11, 2021            MCGREGOR W. SCOTT
                                                   United States Attorney

                                                   By   */s/ Todd D. Leras for*
                                                         JAMES CONOLLY
                                                         Assistant United States Attorney

DATED: January 11, 2021
                                                 By   */s/ Todd D. Leras*
                                                         TODD D. LERAS
                                                        Attorney for Defendant
                                                        DAVID HANSEN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for January 14, 2021, is vacated. A new status conference is scheduled for April 22, 2021, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Hansen's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 14, 2021, up to and including April 22, 2021.

IT IS SO ORDERED

DATED: January 11, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE