LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAVID HANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID KENNETH HANSEN,<br><br>　　　　Defendant. | Case No.: 2:20-cr-021 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　April 22, 2021<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　　Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant David Hansen, stipulate as follows:

　　1.　This matter is presently set for a status conference on April 22, 2021.  By this stipulation, Defendant Hansen moves to continue the status conference to June 10, 2021.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves drug trafficking and firearm charges stemming from execution of search warrants in Sacramento and Placer Counties.  Defendant appeared for arraignment on the charges contained in the Indictment on January 24, 2020.  During the period following the arraignment a series of national events related to the spread of COVID-19 occurred.

3. Federal and state authorities issued increasingly restrictive directives to slow the spread of the virus during most of the time since the arraignment hearing.  These restrictions hampered the ability to conduct defense investigation as to potential defenses in this matter.  Widespread distribution of vaccines, however, now appear to be improving the situation.  The defense is now able to proceed with some of its investigation.  Defendant Hansen therefore requests to continue this matter to June 10, 2021.

4. Defendant Hansen is being held in pre-trial detention at the Sacramento County Main Jail.  The Chief Judge for the Eastern District of California has issued a series of orders, including General Orders 612, 617, 618, 620, 624, 628, and 630 restricting public access to the federal courthouses within the district since March 18, 2020.  General Order 630, issued on April 2, 2021, extended the courthouse restrictions for up to 90-days from the issuance date.

5. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions.  These restrictions have varied depending on surges and easing of the rate of COVID-19 infections.

Distribution of vaccines in the Sacramento region has recently allowed for easing of restrictions on various forms of social activity.

6. The government has provided defense counsel with initial discovery consisting of written offense reports and audio recordings. Defense counsel is reviewing these materials with Mr. Hansen via occasional in-person visits at the Sacramento County Jail. The defense therefore requests additional time to perform its discovery review and investigation.

7. Given the ongoing defense investigation, Defendant Hansen requests to continue the status conference in this matter to June 10, 2021, at 9:30 a.m., and to exclude time between April 22, 2021 and June 10, 2021, inclusive, under Local Code T-4. The United States does not oppose this request.

8. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hansen the reasonable time necessary for effective preparation, considering the exercise of due diligence.

9. Based on the above-stated facts, Defendant Hansen requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 22, 2021 to June 10, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at

ORDER CONTINUING STATUS CONFERENCE

Defendant Hansen's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: April 19, 2021                       PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            By     */s/ Todd D. Leras for*
                                               JAMES CONOLLY
                                               Assistant United States Attorney

DATED: April 19, 2021

                                            By     */s/ Todd D. Leras*
                                               TODD D. LERAS
                                               Attorney for Defendant
                                               DAVID HANSEN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for April 22, 2021, is vacated. A new status conference is scheduled for June 10, 2021, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Hansen's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 22, 2021, up to and including June 10, 2021.

IT IS SO ORDERED.

DATED:  April 20, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE