LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAVID HANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID KENNETH HANSEN,<br><br>            Defendant. | Case No.: 2:20-cr-021 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     December 9, 2021<br>Time:    9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

    Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant David Hansen, stipulate as follows:

    1.   This matter is presently set for a status conference on December 9, 2021.  By this stipulation, Defendant Hansen moves to continue the status conference to February 3,

ORDER CONTINUING STATUS
CONFERENCE


2022.

2. This case involves drug trafficking and firearm charges stemming from execution of search warrants in Sacramento and Placer Counties.

3. The government has provided defense counsel with discovery consisting of written offense reports and audio recordings. Defense counsel has requested the government produce supplemental discovery materials. The defense has also shared with the government defense investigation materials as the basis for facilitating settlement discussions. The government has represented that it will soon be providing materials in response to defense counsel's request for supplemental discovery.

4. The defense is continuing with its own investigation in this matter while settlement discussions proceed between the parties. Defense counsel requires additional time to conduct defense investigation. Additional time is also needed to review forthcoming supplemental discovery materials with Mr. Hansen.

5. Mr. Hansen is in pre-trial detention at the Sacramento County Main Jail. Meetings between defense counsel and Mr. Hansen have been occasionally disrupted due to concerns stemming from the continuing global pandemic. Suspected outbreaks at the jail have hampered or impeded defense preparation and investigation.

6. In addition to pandemic disruptions to defense investigation, some of the relevant events in this case occurred near Auburn, California, approximately 35 miles northeast of downtown Sacramento. Potential evidence and witnesses are in the greater Auburn area. The defense therefore requests additional time to perform its discovery review and investigation in the Auburn area.

ORDER CONTINUING STATUS CONFERENCE

7. Given the ongoing defense investigation, Defendant Hansen requests to continue the status conference in this matter to February 3, 2022, at 9:30 a.m., and to exclude time between December 9, 2021, and February 3, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

8. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hansen the reasonable time necessary for effective preparation, considering the exercise of due diligence.

9. Based on the above-stated facts, Defendant Hansen requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 9, 2021 to February 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Hansen's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized

ORDER CONTINUING STATUS CONFERENCE

Todd Leras via email to sign it on his behalf.

DATED: December 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By   */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED: December 6, 2021

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
DAVID HANSEN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for December 9, 2021, is vacated. A new status conference is scheduled for February 3, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Hansen's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 9, 2021, up to and including February 3, 2022.

IT IS SO ORDERED.

DATED:  December 8, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE