```
LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAVID HANSEN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID KENNETH HANSEN,<br><br>　　　　Defendant. | Case No.: 2:20-cr-021 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　March 17, 2022<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant David Hansen, stipulate as follows:

　　1.　This matter is presently set for a status conference on March 17, 2022. By this stipulation, Defendant Hansen moves to continue the status conference to April 28, 2022.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves drug trafficking and firearm charges stemming from execution of search warrants in Sacramento and Placer Counties.

3. The government has provided defense counsel with discovery consisting of written offense reports and audio recordings. Defense counsel has requested the government produce supplemental discovery materials. The defense has also shared with the government defense investigation materials as the basis for facilitating settlement discussions. The government has indicated that it now possesses some of the items requested by the defense as supplemental investigation. These items need to be reformatted prior to release to the defense to allow access to them.

4. The defense is continuing with its own investigation in this matter while settlement discussions proceed between the parties. Defense counsel requires time to conduct this investigation and anticipates that follow up defense investigation will be required based on production of the supplemental discovery materials. Additional time will also be needed to review the anticipated supplemental discovery materials and any defense investigation results with Mr. Hansen.

5. Some of the relevant events in this case occurred near Auburn, California, approximately 35 miles northeast of downtown Sacramento. The defense therefore requests additional time to perform its investigation in the Auburn area.

6. Given the ongoing defense investigation, Defendant Hansen requests to continue the status conference in this matter to April 28, 2022, at 9:30 a.m., and to exclude time between March 17, 2022, and April 28, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

ORDER CONTINUING STATUS CONFERENCE

7. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hansen the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 17, 2022 to April 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Hansen's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  March 14, 2022                                PHILLIP A. TALBERT
                                                      United States Attorney

                                                      By     /s/ Todd D. Leras for
                                                           JAMES CONOLLY
                                                           Assistant United States Attorney

DATED:  March 14, 2022

                                                      By     /s/ Todd D. Leras
                                                           TODD D. LERAS
                                                           Attorney for Defendant
                                                           DAVID HANSEN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 17, 2022, is vacated.  A new status conference is scheduled for April 28, 2022, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Hansen's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 17, 2022, up to and including April 28, 2022.

IT IS SO ORDERED.

DATED: March 15, 2022

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE