1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  DAVID HANSEN

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.: 2:20-cr-021 TLN

12          Plaintiff,

13  vs.                                STIPULATION AND ORDER
                                       CONTINUING STATUS CONFERENCE
14                                     AND EXCLUDING TIME UNDER THE
                                       SPEEDY TRIAL ACT
15  DAVID KENNETH HANSEN,

16          Defendant.
                                       Date:      September 15, 2022
17                                     Time:       9:30 a.m.
                                       Court:     Hon. Troy L. Nunley
18

19

20

21

22         Plaintiff United States of America by and through Assistant United States Attorney James

23  Conolly, and Attorney Todd Leras on behalf of Defendant David Hansen, stipulate as follows:

24         1.  This matter is presently set for a status conference on September 15, 2022.  By this

25             stipulation, Defendant Hansen moves to continue the status conference to November

26

27             10, 2022.

28  ORDER CONTINUING STATUS
    CONFERENCE

2. This case involves drug trafficking and firearm charges stemming from execution of search warrants in Sacramento and Placer Counties.

3. The government produced supplemental discovery materials in July 2022, including hundreds of hours of video recordings, downloaded onto an external hard drive provided by defense counsel.  These video recordings are so voluminous that they required computer storage space estimated to be more than two terabytes.   Defense counsel is continuing to review these materials with Mr. Hansen.  The government also provided the terms of a proposed resolution offer to Mr. Hansen.

4. The defense is proceeding with its own investigation based on the supplemental discovery provided by the government.  In addition, defense counsel is discussing the proposed settlement agreement with Mr. Hansen.  The defense therefore requests additional time to perform its investigation.  The additional time is needed to follow up on information contained within the supplemental discovery materials mentioned in the preceding paragraph.

5. Given the ongoing defense investigation, Defendant Hansen requests to continue the status conference in this matter to November 10, 2022, at 9:30 a.m., and to exclude time between September 15, 2022, and November 10, 2022, inclusive, under Local Code T-4.  The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Hansen the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

ORDER CONTINUING STATUS
CONFERENCE

*seq*., within which trial must commence, the time period of September 15, 2022 to November 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Hansen's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  September 12, 2022          PHILLIP A. TALBERT
                                    United States Attorney

                                    By ___/s/ Todd D. Leras for___
                                       JAMES CONOLLY
                                       Assistant United States Attorney


DATED:  September 12, 2022

                                    By ___/s/ Todd D. Leras___
                                       TODD D. LERAS
                                       Attorney for Defendant
                                       DAVID HANSEN

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 15, 2022, is vacated.  A new status conference is scheduled for November 10, 2022, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Hansen's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 15, 2022, up to and including November 10, 2022.

IT IS SO ORDERED.

DATED: September 13, 2022

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE