LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAVID HANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID KENNETH HANSEN,<br><br>    Defendant. | Case No.: 2:20-cr-021 DJC<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. Daniel J. Calabretta<br>Date:     October 12, 2023<br>Time:     9:00 a.m. |

　　　This matter is currently set for a Sentencing Hearing on October 12, 2023.  The defendant has completed his interview with the assigned probation officer.  The probation officer needs additional time to prepare the Pre-Sentence Investigation Report (PSR).  The parties have met

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE
SCHEDULE

and conferred regarding a new Sentencing Hearing Date.  The probation officer has also confirmed her availability on the proposed Sentencing Hearing Date.

It is therefore requested that the Court continue the Sentencing Hearing to December 7, 2023, and modify the PSR disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  October 26, 2023;

2. Informal Objections to Draft Pre-Sentence Report:  November 9, 2023;

3. Final Pre-Sentence Report Date:   November 16, 2023;

4. Motion for Correction Date: November 22, 2023; and

5. Reply Date: November 30, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney James Conolly has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  October 6, 2023                     By   /s/ Todd D. Leras for
                                                 JAMES CONOLLY
                                                 Assistant United States Attorney


DATED:  October 6, 2023                     By   /s/ Todd D. Leras
                                                 TODD D. LERAS
                                                 Attorney for Defendant
                                                 DAVID HANSEN

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for October 12, 2023, is vacated. The Sentencing Hearing in this matter is continued to December 7, 2023, at 9:00 a.m. The Court adopts the Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: October 6, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR DISCLOSURE SCHEDULE