```
LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAVID HANSEN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID KENNETH HANSEN,<br><br>　　　　Defendant. | Case No.: 2:20-cr-021 DJC<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　　Hon. Daniel J. Calabretta<br>Date:　　 March 14, 2024<br>Time:　　　9:00 a.m. |

　　　This matter is currently set for a Sentencing Hearing on March 14, 2024.  The defendant has completed his interview with the assigned probation officer and the draft Pre-Sentence Investigation Report (PSR) has been released to the parties.   Defendant David Hansen is

ORDER VACATING
SENTENCING HEARING AND
SETTING STATUS OF SENTENCING
HEARING

presently housed at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California. WBCF is 65 miles from defense counsel's downtown Sacramento office.

Defense counsel is presently in a jury trial before Chief Judge Mueller in the matter of *United States v. Yandell, Sylvester, and Troxell,* Case No. 2:19-cr-0107 KJM. The *Yandell* case appears to be proceeding ahead of schedule and is anticipated to be completed in April 2024.

Given Mr. Hansen's location and the *Yandell* trial schedule, defense counsel requires additional time to prepare for the Sentencing Hearing in this matter. It is therefore requested that the Court vacate the Sentencing Hearing on March 14, 2024, and set a Status of Sentencing Hearing on May 2, 2024, at 9:00 a.m. The parties anticipate re-setting the Sentencing Hearing and preparing a modified PSR Disclosure Schedule, after consulting with the assigned probation officer as to her schedule, on or before May 2, 2024.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney James Conolly has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: March 11, 2024

By   */s/ Todd D. Leras for*
    JAMES CONOLLY
    Assistant United States Attorney

DATED: March 11, 2024

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    DAVID HANSEN

ORDER VACATING
SENTENCING HEARING AND
SETTING STATUS OF SENTENCING
HEARING

**ORDER**

The Sentencing Hearing, set for March 14, 2024, is vacated.  A Status of Sentencing Hearing in this matter is set for May 2, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 11, 2024                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

ORDER VACATING SENTENCING HEARING AND SETTING STATUS OF SENTENCING HEARING