LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAVID HANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID KENNETH HANSEN,<br><br>　　　　Defendant. | Case No.: 2:20-cr-021 DJC<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:     Hon. Daniel J. Calabretta<br>Date:      May 2, 2024<br>Time:       9:00 a.m. |

　　　This matter is currently set for a Status as to Sentencing Hearing on May 2, 2024.  The defendant has completed his interview with the assigned probation officer and the draft Pre-Sentence Investigation Report (PSR) has been released to the parties.   Defendant David Hansen

ORDER VACATING
SENTENCING HEARING AND
SETTING STATUS OF SENTENCING
HEARING

is presently housed at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California.  WBCF is 65 miles from defense counsel's downtown Sacramento office.

Defense counsel completed a jury trial before Chief Judge Mueller in the matter of *United States v. Yandell, Sylvester, and Troxell,* Case No. 2:19-cr-0107 KJM on Wednesday, April 24, 2024.  The *Yandell* jury is presently deliberating.

Given Mr. Hansen's location and the circumstances of the *Yandell* trial jury deliberations, defense counsel requires additional time to prepare for the Sentencing Hearing in this matter.  It is therefore requested that the Court vacate the Status of Sentencing Hearing on May 2, 2024, and set a Sentencing Hearing on June 20, 2024, with a modified PSR Disclosure Schedule as follows:

| | |
|---|---|
| Informal Objection Letter to Draft PSR Due: | May 23, 2024 |
| Final PSR Due: | May 30, 2024 |
| Motion for Correction Due: | June 6, 2024 |
| Reply Due: | June 13, 2024 |

The assigned probation officer has confirmed her availability on the requested Sentencing Hearing Date.  This continuance request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney James Conolly has authorized Todd D. Leras to sign this stipulation on his behalf.

DATED:  April 29, 2024

By  */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

ORDER VACATING
SENTENCING HEARING AND
SETTING STATUS OF SENTENCING
HEARING

DATED: April 26, 2024					By	  /s/ Todd D. Leras
						TODD D. LERAS
						Attorney for Defendant
						DAVID HANSEN

# ORDER

The Status of Sentencing Hearing, set for May 2, 2024, is vacated.  A Sentencing Hearing in this matter is set for June 20, 2024, at 9:00 a.m.   The Court adopts the modified PSR Disclosure schedule requested by the parties.

IT IS SO ORDERED.

Dated:  April 29, 2024				  /s/ Daniel J. Calabretta
						THE HONORABLE DANIEL J. CALABRETTA
						UNITED STATES DISTRICT JUDGE

ORDER VACATING SENTENCING HEARING AND SETTING STATUS OF SENTENCING HEARING